E-FILED
Friday, 05 November 2004 12:41:37 PM
Clerk, U.S. District Court, ILCD

FILED
NOV - 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS CORTEZ-MENDEZ, )<br>)<br>Defendant. ) | CRIMINAL NO. 04-3___<br>VIO:  8 U.S.C. §1326(a) & (b)(2)<br>6 U.S.C. §§202(3),(4) & 557 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about September 3, 2004, in Logan County within the Central District of Illinois, the defendant,

**CARLOS CORTEZ-MENDEZ,**

a citizen of Mexico, who having been convicted of an aggravated felony, namely, possession of a controlled substance, cocaine, with the intent to deliver, on October 19, 1998 in Will County, Illinois, and thereafter, pursuant to law, deported and removed from the United States on March 15, 2002, was found in the United States without the Attorney General or the Secretary of the Department of Homeland Security having expressly consented to such alien's reapplying for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 6, United States Code, Sections 202(3), (4) and 557.

A TRUE BILL,

s/foreperson
FOREPERSON

s/Gregory Harris
JAN PAUL MILLER
UNITED STATES ATTORNEY

pam