**E-FILED**
Wednesday, 08 December, 2004 10:27:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-30063 |
| ) | |
| CARLOS CORTEZ-MENDEZ, ) | |
| ) | |
| Defendant. ) | |

## DETENTION ORDER

BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:

On December 7, 2004, a detention hearing was requested by the Government in the above listed cause. The Defendant, represented by court appointed counsel, Douglas Beevers, and assisted by an interpreter, knowingly and voluntarily waived his right to a detention hearing and consented to being detained herein.  Based upon the knowing waiver of the Defendant's right to a detention hearing, Defendant Carlos Cortez-Mendez is ordered detained.

WHEREFORE, the Defendant is committed to the joint custody of the Illinois Department of Corrections and  the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.  The Defendant shall be ordered returned to the Illinois Department of Corrections.

ENTER:  December 7, 2004

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE