NOTICE CONCERNING WAIVER OF JUDICIAL DISQUALIFICATION

E-FILED
Thursday, 09 December, 2004 03:25:04 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| FROM: | Office of U.S. District Clerk<br>Central District of Illinois, Springfield Division |
| TO: | Carlos Cortez-Mendez, Defendant<br>Douglas Beevers, Assistant Federal Public Defender<br>Patricia McInerney, Assistant U.S. Attorney |
| CASE: | 04-30063 |

FILED
DEC - 7 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Cannon 3D of the Code of Conduct provides (with exceptions not pertinent to this case) that when a Judge is disqualified in a proceeding because "the Judge's impartiality might reasonably be questioned", the Judge may participate in the proceeding if all the parties and lawyers, after notice of the basis for the disqualification, agree in writing to waive the disqualification under a procedure independent of the Judge's participation.

Unless a waiver is obtained from all parties and all counsel, Byron G. Cudmore, United States Magistrate Judge, intends to disqualify himself in this proceeding because of these circumstances:

> A panel of citizens has been appointed to make recommendations to the District Court concerning whether U.S. Magistrate Judge Cudmore should be reappointed. Richard H. Parsons, Chief Federal Public Defender for the Central District of Illinois is a member of the panel of citizens considering Judge Cudmore's reappointment.

If you and your client(s) wish to waive the Judge's disqualification, signed waivers to that effect from you and from your client(s) must be sent to the Clerk within 14 days of the date of this Notice. The waiver should NOT be sent to the Judge and copies should not be sent to other counsel. If all parties and all counsel submit such waivers, this Notice and all responses will be made part of the record, as required by Canon 3D, and the Judge will continue participation in the proceeding. If a waiver is not received from all parties and all counsel, this Notice and any responses will be kept under seal by the Clerk and not shown to the Judge, nor will the Judge be informed of the identity of any party or lawyer who declined to waive the disqualification. If the disqualification is not waived, the case will be reassigned to another U.S. Magistrate Judge. A waiver form is attached for your convenience.