E-FILED
Wednesday, 12 January, 2005  05:34:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-30063 |
| ) | |
| CARLOS CORTEZ-MENDEZ, ) | |
| ) | |
| Defendant. ) | |

**SECOND
PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM**

Petitioner, the United State of America, by Jan Paul Miller, United States Attorney, and Patricia A. McInerney, Assistant United States Attorney, respectfully show to this Court that Carlos Cortez-Mendez, date of birth 04/16/73, inmate number K69050, is now confined in the Logan Correctional Center, Lincoln, Illinois in the custody of the Warden thereof;

That Carlos Cortez-Mendez was named as a Defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on February 4, 2005 at 9:00 a.m.

That it is necessary and essential that Carlos Cortez-Mendez be transported, produced and maintained in the Central District of Illinois for said

proceedings at the Federal Building, 600 East Monroe Street, Springfield, Illinois by the hour of 9:00 a.m. on February 4, 2005.

WHEREFORE, the United States respectfully requests that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Logan Correctional Center, Lincoln, Illinois and to the United States Marshal for the Central District of Illinois, commanding them to transport and produce Carlos Cortez-Mendez to the Central District of Illinois in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 9:00 a.m. on February 4, 2005 and as necessary on any date thereafter.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/Patricia A. McInerney_____
Patricia A. McInerney, Illinois Bar No. 0782440
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
patricia.mcinerney@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-30063 |
| | ) |
| CARLOS CORTEZ-MENDEZ, | ) |
| | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   The Warden of the Logan Correctional Center, Lincoln, IL,
      The United States Marshal for the Central District of Illinois

*G R E E T I N G S*:

We command you, the Warden of the Logan Correctional Center, Lincoln, Illinois and the United States Marshal for the Central District of Illinois, to transport and produce Carlos Cortez-Mendez, date of birth 04/16/73, inmate number K69050, to the Central District of Illinois in the Federal Building, 600 East Monroe Street, Springfield, Illinois by the hour of 9:00 a.m. on February 4, 2005 and then and there appear in connection with this cause and to present the Defendant before the Court and from day to day thereafter as may be necessary and after the Defendant has so then and there appeared, that you return the

Defendant to the Logan Correctional Center, Lincoln, Illinois under safe and secure conduct and have you then and there this Writ.

  WITNESS the Honorable John M. Waters, Clerk of the said Court, and the seal thereof at the City of Springfield, this_____ day of January, 2005.

               _____
               JOHN M. WATERS, Clerk
               United States District Court
               Central District of Illinois

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CARLOS CORTEZ-MENDEZ, )<br>)<br>Defendant. ) | No. 04-30063 |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Carlos Cortez-Mendez, date of birth 04/16/73, inmate number K69050, is presently incarcerated in the Logan Correctional Center, Lincoln, Illinois, it further appearing that Carlos Cortez-Mendez was named as a Defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on February 4, 2005 at 9:00 a.m.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Logan Correctional Center, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, to transport and produce Carlos Cortez-Mendez on February 4, 2005 at 9:00 a.m. in the Federal Building, 600 East Monroe Street, Springfield, Illinois in

connection with this cause and then and there to present the Defendant before the Court and from day to day thereafter as may be necessary.

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

ENTERED this_____day of January, 2005.