E-FILED
Friday, 14 January, 2005  11:25:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-CR-30063 |
| CARLOS CORTEZ-MENDEZ, | ) |
| Defendant. | ) |

**ORDER**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Carlos Cortez-Mendez, date of birth 04/16/73, inmate number K69050, is presently incarcerated in the Logan Correctional Center, Lincoln, Illinois, it further appearing that Carlos Cortez-Mendez was named as a Defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on February 4, 2005 at 9:00 a.m.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Logan Correctional Center, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, to transport and produce Carlos Cortez-Mendez on February 4, 2005 at 9:00 a.m. in the Federal Building, 600 East Monroe Street, Springfield, Illinois in connection with this cause and then and there to present the Defendant before the Court and from day to day thereafter as may be necessary.

ENTERED:  January 14, 2005

s/Byron Cudmore
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE