E-FILED
Friday, 14 January, 2005  11:28:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-30063 |
| | ) | |
| CARLOS CORTEZ-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:  The Warden of the Logan Correctional Center, Lincoln, IL,
     The United States Marshal for the Central District of Illinois

*G R E E T I N G S*:

We command you, the Warden of the Logan Correctional Center, Lincoln, Illinois and the United States Marshal for the Central District of Illinois, to transport and produce Carlos Cortez-Mendez, date of birth 04/16/73, inmate number K69050, to the Central District of Illinois in the Federal Building, 600 East Monroe Street, Springfield, Illinois by the hour of 9:00 a.m. on February 7, 2005 and then and there appear in connection with this cause and to present the Defendant before the Court and from day to day thereafter as may be necessary and after the Defendant has so then and there appeared, that you return the

Defendant to the Logan Correctional Center, Lincoln, Illinois under safe and secure conduct and have you then and there this Writ.

WITNESS the Honorable John M. Waters, Clerk of the said Court, and the seal thereof at the City of Springfield, this 14th day of January, 2005.

s/John M. Waters
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois