UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 04-30063 |
| ) | |
| CARLOS CORTEZ-MENDEZ, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE**

NOW COMES the Defendant CARLOS CORTEZ-MENDEZ, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to continue the final pre-trial and trial in this cause. In support thereof, defendant states as follows:

1. This case is set for a final pre-trial conference on Friday, February 4, 2005 at 9:00 a.m. and for trial on Monday, February 7, 2005 at 9:00 a.m.;

2. Defendant's counsel has received and reviewed the discovery in this case;

3. Defendant is in the custody of the Illinois Department of Corrections at the Logan Correctional Center in Lincoln, Illinois;

4. An interpreter is needed to assist the defendant with discussions with counsel;

5. Counsel has six additional Spanish speaking clients in three different jails outside of Sangamon County who needed visits with an interpreter in January. Counsel has been unable to make secure arrangements to visit Logan Correctional Center.

6. Defendant seeks a one-month continuance of the final pre-trial and trial in this cause to allow time for counsel and an interpreter to meet with the defendant at the Logan

Correctional Center to review the discovery and discuss trial strategy;

    7. Defendant's counsel has spoken with AUSA Patricia McInerney who indicated that she has no objection to the requested continuance;

    8. Defendant is in state custody and not eligible for release for at least six more months;

    9. This motion is not made for the purpose of delay but in the interests of justice for the reasons herein set forth;

WHEREFORE, the defendant CARLOS CORTEZ-MENDEZ prays that this Honorable Court continue the scheduled final pre-trial and trial in this cause for approximately 30 days or as soon thereafter as convenient to the Court.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

## PROOF OF SERVICE

      I hereby certify that on January 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patricia McInerney  
Office of the United States Attorney  
318 S. Sixth Street  
Springfield, IL 62701

                                   By:   s/ Douglas J. Beevers  
                                        Douglas J. Beevers  
                                        Assistant Federal Defender  
                                        600 East Adams Street, 2nd Floor  
                                        Springfield, Illinois  62701  
                                        Telephone: (217) 492-5070  
                                        Fax: (217) 492-5077  
                                        E-mail: douglas_beevers@fd.org