E-FILED
Wednesday, 02 February, 2005 01:03:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 04-30063 |
| CARLOS CORTEZ-MENDEZ, | ) ) ) | |
| Defendant. | ) | |

## ORDER

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Defendant's Motion to Continue (d/e 14). The pretrial conference is set for February 4, 2005. The trial is set for February 7, 2005. Defendant Cortez-Mendez states that he needs additional time to discuss the case with his counsel with the assistance of an interpreter. His counsel has been as yet unable to arrange for a time when an interpreter can accompany him to meet with the Defendant. The Defendant states that he is in state custody and is not eligible for release for at least six months. The Government has no objection to the motion.

Based on the above justification, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the

Defendant and the public in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

THEREFORE, the Defendant's Motion to Continue (d/e 14) is ALLOWED.  The pretrial conference is continued to March 18, 2005, at 9:30 a.m.  The trial is continued to April 4, 2005, and 9:00 a.m.

IT IS THEREFORE SO ORDERED.

ENTER:  February 2, 2005.

FOR THE COURT:

                                                 s/ Jeanne E. Scott
                                                 JEANNE E. SCOTT
                                    UNITED STATES DISTRICT JUDGE