UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 04-30063 |
| CARLOS CORTEZ-MENDEZ, | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant, CARLOS CORTEZ-MENDEZ, appeals to the United States Court of Appeals for the Seventh Circuit the sentence imposed in open court on July 15, 2005 and memorialized in the Judgment in a Criminal Case filed on July 19, 2005.

Respectfully submitted,

Richard H. Parsons
Chief Federal Public Defender

BY:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on July 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patricia McInerney
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

                                By:  s/ Douglas J. Beevers
                                    Douglas J. Beevers
                                    Assistant Federal Defender
                                    600 East Adams Street, 2nd Floor
                                    Springfield, Illinois  62701
                                    Telephone: (217) 492-5070
                                    Fax: (217) 492-5077
                                    E-mail: douglas_beevers@fd.org