UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 04-30063 |
| CARLOS CORTEZ-MENDEZ, | ) |
| Defendant. | ) |

## CIRCUIT RULE 3(C) DOCKETING STATEMENT

Now comes the Defendant, CARLOS CORTEZ-MENDEZ, by his attorney, Douglas J. Beevers, and, pursuant to Circuit Rule 3(c), submits the following docketing statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and is based on the following particulars:

   i.   Date of entry of judgement sought to be reviewed:  Sentence imposed in open court on July 15, 2005 and memorialized in the Judgment in a Criminal Case filed on July 19, 2005;

   ii.  Filing date of motion for new trial:  N/A;

   iii. Disposition of motion and date of entry:  N/A;

   iv.  Filing date of notice of appeal: July 20, 2005.

>RICHARD H. PARSONS,
>Chief Federal Public Defender,
>
>By:   s/ Douglas J. Beevers
>Douglas J. Beevers
>Assistant Federal Defender
>600 East Adams Street, 2nd Floor
>Springfield, Illinois  62701
>Telephone: (217) 492-5070
>Fax: (217) 492-5077
>E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on July 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patricia McInerney
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

>By:   s/ Douglas J. Beevers
>Douglas J. Beevers
>Assistant Federal Defender
>600 East Adams Street, 2nd Floor
>Springfield, Illinois  62701
>Telephone: (217) 492-5070
>Fax: (217) 492-5077
>E-mail: douglas_beevers@fd.org