UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 04-30063 |
| CARLOS CORTEZ-MENDEZ, | ) |
| Defendant. | ) |

### DISCLOSURE STATEMENT

The undersigned counsel for Defendant-Appellant furnishes the following list in compliance with Federal Rule of Appellate Procedure 26.1:

1. The full name of every party or amicus the attorney represents in the case:

   Carlos Cortez-Mendez.

2. Said party is not a corporation.

3. The names of all law firms whose partners or associates have appeared for a party in the District Court or are expected to appear for the party in the case: Douglas J. Beevers of the Federal Public Defender's Office for the Central District of Illinois.

> RICHARD H. PARSONS,
> Chief Federal Public Defender,
>
> By:   s/ Douglas J. Beevers
> Douglas J. Beevers
> Assistant Federal Defender
> 600 East Adams Street, 2nd Floor
> Springfield, Illinois  62701
> Telephone: (217) 492-5070
> Fax: (217) 492-5077
> E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on July 20, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patricia McInerney
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

                By:  s/ Douglas J. Beevers
                    Douglas J. Beevers
                    Assistant Federal Defender
                    600 East Adams Street, 2nd Floor
                    Springfield, Illinois  62701
                    Telephone: (217) 492-5070
                    Fax: (217) 492-5077
                    E-mail: douglas_beevers@fd.org