# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

**E-FILED**
Monday, 25 July, 2005  03:26:54 PM
 Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*                                              *Docket No.:*

*Division:*

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

v.

---

*Current Counsel for Plaintiff (Petitioner):*            *Current Counsel for Defendant (Respondent):*

(*Use separate sheet for additional counsel*)

*Name:*                                                  *Name:*

*Firm:*                                                  *Firm:*

*Address:*                                               *Address:*

*Phone:*                                                 *Phone:*

---

*Judge:*                                                 *Nature of Suit Code:*

*Court Reporter:*                                        *Date Filed in District Court:*

                                                         *Date of Judgment:*

                                                         *Date of Notice of Appeal:*

*Counsel:*   ___Appointed     ___Retained     ___Pro Se

*Fee Status:*    ___Paid     ___Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**