**E-FILED**
Wednesday, 03 August, 2005  03:36:30 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

**FILED**
JUL 29 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   05-3178                    Docketed on: 7/26/05
Short Caption:         USA v. Cortez-Mendez, C.
District Court Judge:  Jeanne E. Scott
District Court No.:    04 CR 30063

If you have any questions regarding this appeal, please call this office.

(1003-012490)