# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE RE: DEFENDANT'S COUNSEL'S
MOTION FOR LEAVE TO WITHDRAW UNDER
CIRCUIT RULE 51(b)**

Date: October 12, 2005

To:

Carlos Cortez-Mendez
CIBOLA COUNTY CORRECTIONS CENTER
#1432-026
2000 Cibola Loop
Milan, NM 87021

DISTRICT COURT CLERK'S OFFICE:
This ~~~~~~~ ready for oral
argu~~~~ ~~~~ ~~~~ion without
oral ar~~~~~~). Pu~~~nt to Circuit
Rule ~~~~) the record is to be
transmitted to the Clerk's Office
of this court immediately.

U.S.C.A. Clerk

You are the appellant in a case now pending in this court:

No. 05-3178

UNITED STATES OF AMERICA,
    Plaintiff - Appellee
 v.

CARLOS CORTEZ-MENDEZ,
    Defendant - Appellant

FILED
OCT 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 04 CR 30063, Jeanne E. Scott, Judge

    Your attorney filed a brief on 10/11/05, stating a belief that your appeal is frivolous and requesting permission to withdraw from the case. Please be advised as follows:

1. You have 30 days from the date this notice was mailed in which to raise any points that you choose which show why your conviction should be set aside.
2. If you do not respond within the 30 days, the court may affirm or dismiss your appeal. An affirmance or dismissal would mean that your case would be finally decided against you.
3. If you want to make a showing why the court should not affirm or dismiss your appeal and believe that there is a very good reason why you will not be able to file your objections with the court within the 30-day limit, you should <u>immediately</u> write to the court and ask for additional time up to 30 days. If additional time is granted, you must file your reasons why the court should not affirm or dismiss your appeal before your additional time expires.
4. You do not have a right to another attorney unless this court finds that your showing requires that your case be further briefed or argued. If the court finds that your case should

            be further briefed or argued, an attorney will be appointed
            for you who will argue your appeal.

     If you want to write to this court, you should address your
letters to:
            Clerk of the Court
            United States Court of Appeals
            219 South Dearborn Street, Room 2722
            Chicago, Illinois 60604

Be sure when writing, to show clearly the name and number of your case.


     Attorney for appellant:

     Douglas J. Beevers
     OFFICE OF THE FEDERAL PUBLIC DEFENDER
     2nd Floor
     600 E. Adams Street
     Springfield, IL  62701
     217/492-5070


     **IT IS ORDERED** that briefing <u>in this appeal</u> is
**SUSPENDED** pending resolution of <u>this matter.</u>

(1113-121897)