MR. CARLOS CORTEZ-MENDEZ
REG# 14432-026
CIBOLA COUNTY CORRECTIONS
FEDERAL PRISON
PO. BOX 3540
MILAN NEW MEXICO 87021



IN THE

UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent, ) | |
| ) | MOTION FOR THE |
| v. ) | APPOINTMENT OF COUNSEL |
| ) | AND NOTICE TO PROCEED IN |
| ) | FORM PRO PER |
| CARLOS CORTEZ-MENDEZ ) | |
| ) | CASE No. 04 CR 30063 |
| Petitioner, ) | |

MOTION FOR THE APPOINTMENT OF COUNSEL

PURSUANT TO THE WITHDRAW OF COUNSEL ON APPEAL

Now comes petitioner in Pro Per Form Carlos Cortez-Mendez Responding to the withdraw of counsel request, filed on October 11, 2005 pursuant to Anders v. California, 386 U.S 738 (1967) and Circuit Rule 51(a).

Petitioner is opposing the said request from counsel for the following reasons:

1. The counsel is under the affirmed conviction that after review of the District Courts decision petitioner has no merits in which he may prevail to a different outcome, alleging that the

rules applied are without any law issues to otherwise change the sentencing of Mr. Cortez-Mendez.

Mr. Cortez-Mendez is under the impression that if the attorney consider more law information available in the Appeals Circuit for the 7th Circuit Court of Appeals he may find some cases like United States v. Galvez-Barrios 355 F.Supp.2d 958 (E.D Wis 2005) also United States v. Jaimes-Jaimes 406 F.3d 845 (7th Cir. 2005). see also United States v. Reynoso-Ramirez 109 Fed.Appx. 279 (10th Cir. 2004).

All of this cases apply to illegal reentry on the grounds of 16 level enhancements that may prevail the case to a different outcome, only if he considers a different approach at the constitutional violation in light of Booker issues.

Petitioner does request the court however, if in fact it determines that Mr. Douglas j. Beevers may have a point, the petitioner ask the court to give him the opportunity to consult with another attorney more experience in the illegal reentry cases under the 1326(a)and(b).

**CONCLUSION**

For the reason set forth in the above, petitioner serves this NOTICE to appeal as NOTICE to comply with the requirements of the Federal Rules of Procedure if in fact this court determines to allow counsel to withdraw. The petitioner ask the court in good faith to grant his motion an appoint a new counsel in this matter.

**CERTIFICATE OF SERVICE**

I, Carlos Cortez-Mendez hereby certify that I have served a copy of the foregoing motion for the appointment of counsel upon withdraw of the existing counsel, on the interest parties by First Class Register Mail on the date written below, postage from Milan New Mexico, addressed to the following:

UNITED STATES COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION
600 E. Monroe Street
Springfield Illinois 62701

UNITED STATES ATTORNEY
600 E. Monroe St. Rm 312
Springfield IL 62701

Sincerely, Carlos Cortez

COUNTY OF Cibola
STATE OF New Mexico
SUBSCRIBED AND SWORN TO BE BEFORE ME THIS 20 DAY OF Oct 2005

_____          2-11-2009
NOTARY PUBLIC                       MY COMMISSION EXPIRES