# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: December 1, 2005

TO: District Court Clerk

RE: Notice to transmit the record

No. 05-3178

UNITED STATES OF AMERICA,
        Plaintiff - Appellee
  v.

CARLOS CORTEZ-MENDEZ,
        Defendant - Appellant

Appeal from the United States District Court for the
Central District of Illinois
No. 04 CR 30063, Jeanne E. Scott, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)