

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

RE: USA v. CARLOS CORTEZ-MENDEZ
D. C. Docket No. 04-30063
U. S. C. A. Docket No. 05-3178

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

ONE (1) Volumes of Pleadings

ONE (1) Transcript

Other (specify): FOUR (4) Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:_____
       Deputy Clerk

33, 36, APPEAL

# U.S. District Court
## Central District of Illinois (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:04-cr-30063-JES-BGC-ALL
### Internal Use Only

Case title: USA v. Cortez-Mendez          Date Filed: 11/04/2004

Assigned to: Judge Jeanne E. Scott
Referred to: Magistrate Judge Byron G. Cudmore

**Defendant**

**Carlos Cortez-Mendez** (1)          represented by **Douglas John Beevers**
*TERMINATED: 07/19/2005*                    FEDERAL PUBLIC DEFENDER
                                             600 E Adams
                                             2nd Floor
                                             Springfield, IL 62701
                                             217-492-5070
                                             Fax: 217-492-5077
                                             Email: douglas_beevers@fd.org
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                          **Disposition**

8:1326A.F REENTRY OF DEPORTED
ALIENS - On or about September 3,
2004 in Logan County, Illinois,           Defendant sentenced to 46 months
defendant unlawfully reentered the US     imprisonment; 2 years supervised
after deportation in violation of 8:1326  release; $100.00 special assessment
(a)and (b)(2) and 6:202(3),(4) and 557
(1)

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                   **Disposition**

None

---

**Plaintiff**

USA                                   represented by **Patricia A McInerney**
                                                     US ATTY
                                                     318 S Sixth
                                                     Springfield, IL 62701-1806
                                                     217-492-4450
                                                     Fax: 217-492-4512
                                                     Email: patricia.a.mcinerney@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2004 | 1 | INDICTMENT as to Carlos Cortez-Mendez (1) count(s) 1. (MC, ilcd) Modified on 12/8/2004 (BR, ilcd). (Entered: 11/05/2004) |
| 11/04/2004 |  | ~~Counts modified: Carlos Cortez-Mendez (1) count(s) 1. Counts~~ modified to reflect one count Indictment (BR, ilcd) (Entered: 12/08/2004) |
| 11/08/2004 |  | *** Set/Clear Flags as to Carlos Cortez-Mendez (MC, ilcd) (Entered: 11/08/2004) |
| 11/10/2004 | 2 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Carlos Cortez-Mendez. (McInerney, Patricia) (Entered: 11/10/2004) |
| 11/17/2004 | 3 | ORDER granting 2 Motion for Writ of Habeas Corpus ad prosequendum as to Carlos Cortez-Mendez (1). Entered by Judge Byron G. Cudmore on 11/15/2004. (CT, ilcd) Additional attachment(s) added on 11/17/2004 (CT, ilcd). (Entered: 11/17/2004) |
| 11/17/2004 | 4 | Writ of Habeas Corpus ad Prosequendum Issued as to Carlos Cortez-Mendez for 12/7/2004 at 2:30 pm (CT, ilcd) (Entered: 11/17/2004) |
| 11/17/2004 |  | Notice of Docket Text or Event Modification re 3 Order on Motion for Writ of Habeas Corpus ad prosequendum - added the correct order to minute entry. (CT, ilcd) (Entered: 11/17/2004) |
| 12/07/2004 |  | Minute Entry for proceedings held before Judge Byron G. Cudmore :Initial appearance and Arraignment as to Carlos Cortez-Mendez (1) Count 1 held on 12/7/2004. AUSA Patricia McInerney present on behalf of the Govt. Dft Carlos Cortez-Mendez present in custody by IDOC. Maria Velasco present and sworn as interpreter. Dft questioned regarding financial status. Court finds dft indigent. Asst Federal Public Defender Douglas Beevers present and accepts appointment. Indictment read in open court. Dft advised of penalties. Dft ARRAIGNED; Not Guilty plea entered. Plea accepted. Pretrial |

| | | |
|---|---|---|
| | | Conference set for 2/4/2005 09:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Jury Trial set for 2/7/2005 09:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Govt seeks detention. Dft waives right to detention hearing and consents to being detained. Court to enter Order of Detention. Discovery to commence. Dft remanded to the joint custody of the US Marshals and IDOC. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 12/08/2004) |
| 12/07/2004 | 5 | ORDER OF DETENTION as to Carlos Cortez-Mendez . Entered by Judge Byron G. Cudmore on 12/7/04. (MR, ilcd) (Entered: 12/08/2004) |
| 12/07/2004 | | *** Procedural Interval start as to Carlos Cortez-Mendez. Defendant arraigned 12/7/04 (BR, ilcd) (Entered: 12/08/2004) |
| 12/07/2004 | 6 | NOTICE of Waiver of Judicial Disqualification given to parties by Clerk as to Carlos Cortez-Mendez (MR, ilcd) (Entered: 12/09/2004) |
| 12/07/2004 | 7 | 28 US Code 455(e) Remittal/Waiver received: Judge Byron G. Cudmore hereby notified there is no need for recusal in this matter. Waiver sealed and placed in vault in Clerk's Office. (MR, ilcd) (Entered: 12/09/2004) |
| 01/12/2005 | 8 | PETITION for Writ of Habeas Corpus ad prosequendum *for Final Pretrial Conference* by USA as to Carlos Cortez-Mendez. (McInerney, Patricia) (Entered: 01/12/2005) |
| 01/12/2005 | 9 | PETITION for Writ of Habeas Corpus ad prosequendum *for Trial* by USA as to Carlos Cortez-Mendez. (McInerney, Patricia) (Entered: 01/12/2005) |
| 01/14/2005 | 10 | ORDER granting 8 Motion for Writ of Habeas Corpus ad prosequendum as to Carlos Cortez-Mendez (1) for February 4, 2005. Entered by Judge Byron G. Cudmore on 1/14/05. (MC, ilcd) (Entered: 01/14/2005) |
| 01/14/2005 | 11 | ORDER granting 9 Motion for Writ of Habeas Corpus ad prosequendum as to Carlos Cortez-Mendez (1) for February 7, 2005. Entered by Judge Bryon G. Cudmore on 1/14/05. (MC, ilcd) Modified on 1/21/2005 (MR, ilcd). (Entered: 01/14/2005) |
| 01/14/2005 | 12 | Writ of Habeas Corpus ad Prosequendum Issued as to Carlos Cortez-Mendez for 2/4/05 (MC, ilcd) (Entered: 01/14/2005) |
| 01/14/2005 | 13 | Writ of Habeas Corpus ad Prosequendum Issued as to Carlos Cortez-Mendez for 2/7/05 (MC, ilcd) (Entered: 01/14/2005) |
| 01/31/2005 | 14 | MOTION to Continue by Carlos Cortez-Mendez. (Beevers, Douglas) (Entered: 01/31/2005) |
| 02/02/2005 | 15 | ORDER granting 14 Motion to Continue as to Carlos Cortez-Mendez (1) Jury Trial set for 4/4/2005 09:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Pretrial Conference set for 3/18/2005 09:30 AM in Courtroom 1 before Judge Jeanne E. Scott. Entered by Judge Jeanne E. Scott on 2/2/2005. (CT, ilcd) (Entered: 02/02/2005) |
| 03/08/2005 | | TEXT ORDER: Defendant Cortez-Mendez's pretrial conference and |

|  |  |  |
|---|---|---|
|  |  | possible hearing on the entry of change of plea is rescheduled for March 11, 2005, at 2:30 p.m. Entered by Judge Jeanne E. Scott on 3/8/2005. (CT, ilcd) (Entered: 03/08/2005) |
| 03/11/2005 |  | Minute Entry for proceedings held before Judge Jeanne E. Scott :PRETRIAL/CHANGE OF PLEA. AUSA Patricia McInerney present for government. Defendant present in person and with his attorney, Douglas Beevers. Maria Velasco present and sworn as interpreter. Defendant sworn, examined by Court, advised of his rights and found competent to enter a knowing plea. Open plea discussed and entered of record. Defendant entered an open guilty plea to count 1 of the indictment. Judgment entered on plea. PSR ordered. Trial set for 4/4/2005 canceled. Sentencing hearing scheduled for Friday, July 15, 2005, at 2:30. Order on Implementation of Sentencing Guidelines entered. Defendant remanded to the custody of US Marshals. (Court Reporter K. Sullivan.) (CT, ilcd) (Entered: 03/11/2005) |
| 03/11/2005 | 16 | ORDER on Implementing Sentencing Guidelines as to Carlos Cortez-Mendez . Entered by Judge Jeanne E. Scott on 3/11/2005. (CT, ilcd) (Entered: 03/11/2005) |
| 05/31/2005 | 17 | SENTENCING MEMORANDUM by Carlos Cortez-Mendez (Beevers, Douglas) (Entered: 05/31/2005) |
| 07/15/2005 |  | Minute Entry for proceedings held before Judge Jeanne E. Scott : SENTENCING HEARING. AUSA Patricia McInerney present for government. Defendant present in person and with attorney, Douglas Beevers. Maria Velasco present and sworn as interpreter. Court followed dicision in US v Booker. With no objections, Court adopted the factual findings of the PSR as its own. Arguments of counsel heard regarding sentencing. Defendant exercised his right of allocution and addressed the Court. Defendant sentenced to 46 months imprisonment; 2 years supervised release; $100.00 special assessment. Rights of appeal given. Defendant remanded to the custody of the US Marshals. (Court Reporter K. Sullivan.) (CT, ilcd) (Entered: 07/19/2005) |
| 07/15/2005 |  | Remark: MINUTE ENTRY OF 7/15/05 IS CORRECTED TO REFLECT THAT: Defendant sentenced to 46 months imprisonment; 3 years supervised release and $100.00 special assessment. (CT, ilcd) (Entered: 08/16/2005) |
| 07/19/2005 | 18 | JUDGMENT as to Carlos Cortez-Mendez (1), Count(s) 1, Defendant sentenced to 46 months imprisonment; 2 years supervised release; $100.00 special assessment . Entered by Judge Jeanne E. Scott on 7/19/2005. (CT, ilcd) (Entered: 07/19/2005) |
| 07/19/2005 | 19 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Carlos Cortez-Mendez (CT, ilcd) (Entered: 07/19/2005) |
| 07/20/2005 | 20 | NOTICE OF APPEAL by Carlos Cortez-Mendez (Beevers, Douglas) (Entered: 07/20/2005) |
| 07/20/2005 | 21 | JURISDICTIONAL STATEMENT by Carlos Cortez-Mendez re 20 |

| | | |
|---|---|---|
| | | Notice of Appeal - Final Judgment. (Beevers, Douglas) (Entered: 07/20/2005) |
| 07/20/2005 | 22 | NOTICE *of Disclosure Statement* by Carlos Cortez-Mendez re 20 Notice of Appeal - Final Judgment (Beevers, Douglas) (Entered: 07/20/2005) |
| 07/22/2005 | 23 | +++ **SENTENCING RECOMMENDATION** as to Carlos Cortez-Mendez. (CT, ilcd) (Entered: 07/22/2005) |
| 07/22/2005 | 24 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Carlos Cortez-Mendez (CT, ilcd) (Entered: 07/22/2005) |
| 07/25/2005 | 25 | Short Record of Appeal as to Carlos Cortez-Mendez sent to US Court of Appeals re 20 Notice of Appeal - Final Judgment (MC, ilcd) (Entered: 07/25/2005) |
| 07/29/2005 | 26 | NOTICE of Docketing Record on Appeal from USCA as to Carlos Cortez-Mendez re 20 Notice of Appeal - Final Judgment filed by Carlos Cortez-Mendez. USCA Case Number 05-3178 (MR, ilcd) (Entered: 08/03/2005) |
| 09/07/2005 | 27 | TRANSCRIPT of Proceedings as to Carlos Cortez-Mendez held on 7/15/05 before Judge Jeanne Scott. Court Reporter: Kathy Sullivan. (MC, ilcd) (Entered: 09/08/2005) |
| 10/14/2005 | 28 | NOTICE by USCA as to Carlos Cortez-Mendez re 20 Notice of Appeal - Final Judgment (MR, ilcd) (Entered: 10/17/2005) |
| 10/24/2005 | 29 | MOTION to Appoint Counsel pursuant to the withdraw of counsel on appeal by Carlos Cortez-Mendez. (MR, ilcd) (Entered: 10/24/2005) |
| 10/25/2005 | | TEXT ORDER: Defendant's Motion for the Appointment of Counsel Pursuant to the Withdraw of Counsel on Appeal (d/e 29) should be directed to the Court of Appeals. The Clerk is directed to forward this Motion to the Court of Appeals. Entered by Judge Jeanne E. Scott on 10/25/05. (MC, ilcd) (Entered: 10/25/2005) |
| 10/25/2005 | | *** Clerk`s Notes as to Carlos Cortez-Mendez : 10/24/05 motion and 10/25/05 text order sent to USCA (MC, ilcd) (Entered: 10/25/2005) |
| 11/14/2005 | 30 | Judgment Returned Executed as to Carlos Cortez-Mendez on 10/07/05. (MC, ilcd) (Entered: 11/15/2005) |