

# United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

December 5, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

05-3178

U.S.C.A.—7th Circuit
FILED
DEC 0 6 2005  SK
GINO J. AGNELLO
CLERK

RE: USA v. CARLOS CORTEZ-MENDEZ
D. C. Docket No. 04-30063
U. S. C. A. Docket No. 05-3178

1930180-1

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

ONE (1) Volumes of Pleadings

ONE (1)  Transcript

Other (specify):  FOUR (4) Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY  s/M. Cooke
Deputy Clerk

ON A1443
DEC 0 6 2005

U.S.C.A.—7th Circuit
RECEIVED
DEC - 6 2005  JC
GINO J. AGNELLO
CLERK